**[J-51A-2025 and J-51B-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN RE: NOMINATION PETITION OF MICHAEL HUFF AS DEMOCRATIC CANDIDATE FOR COMMON PLEAS COURT IN THE FIRST JUDICIAL DISTRICT (PHILADELPHIA) | : | No. 11 EAP 2025 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at docket No. |
| | : | 105 MD 2025 dated April 1, 2025. |
| | : | |
| OBJECTION OF: JULIAN DOMANICO | : | SUBMITTED:  April 17, 2025 |
| | : | |
| | : | |
| | : | |
| APPEAL OF: MICHAEL HUFF | : | |
| | | |
| IN RE: NOMINATION PETITION OF MICHAEL HUFF AS DEMOCRATIC CANDIDATE FOR MUNICIPAL COURT JUDGE IN THE FIRST JUDICIAL DISTRICT (PHILADELPHIA) | : | No. 12 EAP 2025 |
| | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at docket No. |
| | : | 106 MD 2025 dated April 1, 2025. |
| | : | |
| OBJECTION OF: JULIAN DOMANICO | : | SUBMITTED:  April 17, 2025 |
| | : | |
| | : | |
| | : | |
| APPEAL OF: MICHAEL HUFF | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 24th day of April, 2025, the orders of the Commonwealth Court, dated April 1, 2025, granting the Petitions to Set Aside Nominating Petitions of Michael Huff, are **VACATED**, and the matters are **REMANDED** to the Commonwealth Court for expedited reconsideration consistent with the accompanying opinion. The Commonwealth Court shall issue decisions on remand by 3:00 p.m. on April 30, 2025.

Jurisdiction relinquished.